**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JASON COLLIER,

                Plaintiff,

        -against-

MIDLAND CREDIT MANAGEMENT, INC.,

              Defendants.

Civil Case Number: 1:23-cv-00248-MSM-PAS

**STIPULATION OF DISMISSAL**

Plaintiff Jason Collier and Defendant Midland Credit Management, Inc. ("The Parties"), hereby stipulate and agree that the claims against Defendant in this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  February 7, 2024

/s/ Elizabeth W. Shealy
Elizabeth W. Shealy, Esq.
86 Preston Drive
Cranston, RI 02910
Tel: (401) 556-0324
Email: ewshealy@gmail.com
*Attorney for Plaintiff*

/s/ Robert J. Durant
Robert J. Durant, Esq.
Locke Lord LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Email: Robert.durant@lockelord.com
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed on February 7, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Elizabeth W. Shealy
Elizabeth W. Shealy, Esq.